IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hampton, Shannon D

Printed: 01/06/09

Case Number: 08 B 02829
Judge: Wedoff, Eugene R
Filed: 2/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,480.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,382.60 |
| Trustee Fee: |  | 97.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,480.00 | 1,480.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Heller & Richmond Ltd | Administrative | 3,154.00 | 1,382.60 |
| 2. | City of Calumet City | Unsecured | 112.50 | 0.00 |
| 3. | Country Door | Unsecured | 191.93 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 297.56 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 6,914.93 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 652.94 | 0.00 |
| 7. | Capital One | Unsecured | 815.58 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 468.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 137.48 | 0.00 |
| 10. | Capital One | Unsecured | 1,192.00 | 0.00 |
| 11. | Laboratory Corporation | Unsecured |  | No Claim Filed |
| 12. | Bp Oil/Citibank | Unsecured |  | No Claim Filed |
| 13. | Enterprise Rent A Car | Unsecured |  | No Claim Filed |
| 14. | Fairfield Resorts | Unsecured |  | No Claim Filed |
| 15. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 16. | US Cellular | Unsecured |  | No Claim Filed |
| 17. | Sullivan Urgent Aid Centers | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,936.92 | $ 1,382.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 18.20 |
| 6.6% | 79.20 |
|  | $ 97.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hampton, Shannon D

Printed: 01/06/09

Case Number:  08 B 02829
Judge:  Wedoff, Eugene R
Filed:  2/8/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

